UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANA CERVANTES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE OF AMERICA, INC.,<br><br>　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:17-CV-00570-ELR |

## J U D G M E N T

This action having come before the court, Honorable Eleanor L. Ross, United States District Judge, it is

**Ordered and Adjudged** that this action be **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 4(m).

Dated at Atlanta, Georgia this 26th day of June, 2017.

　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　By:   *s/ Charlotte Diggs*
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed and Entered
In the Clerk's Office
　　June 26, 2017
James N. Hatten
Clerk of Court

By:  *s/ Charlotte Diggs*
　　　　Deputy Clerk