# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANA CERVANTES, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION<br>) FILE NO. 1:17-cv-02410-ELR |
| UNITED PARCEL SERVICE OF AMERICA, INC., | )<br>)<br>) |
| Defendant. | ) |

## JOINT MOTION TO STAY DEADLINES

Plaintiff Ana Cervantes and Defendant United Parcel Service of America, Inc. jointly report that they have reached a confidential agreement in principle to settle this case on an individual basis. Accordingly, the parties jointly move the Court to enter an order staying all case deadlines—including, without limitation, further briefing on Defendant's motion to dismiss, the Rule 26(f) conference, the joint preliminary report and discovery plan, initial disclosures, the deadline for moving for class certification, and the beginning of discovery—for three weeks so that the parties may finalize a settlement agreement and file a stipulation of dismissal with prejudice. The parties have not sought or received a previous stay of deadlines in this case. A Proposed Order is attached hereto as Exhibit A.

1612430.1

Submitted this 22nd day of September, 2017.

| | |
|---|---|
| *s/ (by Frank M. Lowrey IV with express permission)* | *s/ Frank M. Lowrey IV* |
| Matthew T. Berry | Frank M. Lowrey IV |
| Georgia Bar No. 055663 | Georgia Bar No. 410310 |
| matt@mattberry.com | lowrey@bmelaw.com |
| Adam J. Klein | Patrick C. Fagan |
| Georgia Bar No. 425032 | Georgia Bar No. 387016 |
| aklein@mattberry.com | fagan@bmelaw.com |
| **Berry & Associates** | **Bondurant Mixson & Elmore, LLP** |
| 2751 Buford Highway, Suite 600 | 3900 One Atlantic Center |
| Atlanta, Georgia 30324 | 1201 West Peachtree Street, N.W. |
| Telephone: (404) 235-3300 | Atlanta, Georgia 30309 |
| Facsimile: (404) 235-3333 | Telephone: (404) 881-4100 |
| | Facsimile: (404) 881-4111 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| *Ana Cervantes* | *United Parcel Service of America, Inc.* |

1612430.1

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing **JOINT MOTION TO STAY DEADLINES** has been prepared using Times New Roman 14 point font, which is one of the font and point selections approved by the Court in Local Rule 5.1B.

*/s/ Frank M. Lowrey IV*
Frank M. Lowrey IV

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of September, 2017, I electronically filed the foregoing **JOINT MOTION TO STAY DEADLINES** with the Clerk of the United States District Court, Northern District of Georgia, using the CM/ECF system, which shall send notification of such filing to counsel of record as follows:

> Matthew T. Berry
> Adam J. Klein
> BERRY & ASSOCIATES
> 2751 Buford Highway, Suite 600 Atlanta, GA 30324
> matt@mattberry.com
> aklein@mattberry.com

*/s/ Frank M. Lowrey IV*
Frank M. Lowrey IV

1612430.1